NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUTH M. POLLACK,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5042

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-019, Judge George W. Miller.

---

## ON MOTION

---

## ORDER

Ruth M. Pollack moves for a stay of the appeal proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 0 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ruth M. Pollack
     Amanda L. Tantum, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2012

JAN HORBALY
CLERK